IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Yahya Muqit, #318455, | ) | C/A NO. 2:09-911-CMC-RSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Mr. Marcus W. Kitchens, Clerk of Court | ) | |
| is being sued in his individual capacity, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* complaint, filed in this court pursuant to 42 U.S.C. § 1983.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), DSC, this matter was referred to United States Magistrate Judge Robert S. Carr for pre-trial proceedings and a Report and Recommendation ("Report"). On April 15, 2009, the Magistrate Judge issued a Report recommending that the complaint be dismissed with prejudice and without issuance and service of process. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the consequences if he failed to do so. Plaintiff filed objections to the Report on May 5, 2009.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by

the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b).

After reviewing the record of this matter, the applicable law, the Report and Recommendation of the Magistrate Judge, and Plaintiff's objections the court agrees with the conclusions of the Magistrate Judge. Therefore, the court adopts and incorporates by reference the Report of the Magistrate Judge.

Plaintiff's complaint is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

                                            s/ Cameron McGowan Currie  
                                            CAMERON MCGOWAN CURRIE  
                                            UNITED STATES DISTRICT JUDGE

Columbia, South Carolina  
May 18, 2009

C:\Documents and Settings\Guest\Local Settings\Temp\notesE1EF34\09-911 Muqit v. Kitchens adopt rr dism wo prej wo svc.wpd